THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN 
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Larry Dorsey,       
Appellant.
 
 
 

Appeal From Anderson County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-652
Submitted November 1, 2004 Filed December 
 22, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office 
 of Appellate Defense, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Salley W. Elliott, all of Columbia; and Solicitor Druanne Dykes White, 
 of Anderson, for Respondent.
 
 
 

PER CURIAM:  Larry Dorsey pled guilty to 
 assault and battery with intent to kill and possession of a weapon during a 
 violent crime.  Dorsey argues his guilty pleas failed to comply with the mandates 
 set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  His counsel attached 
 to the final brief a petition to be relieved as counsel, stating he reviewed 
 the record and concluded Dorseys appeal was without merit.  Dorsey filed a 
 pro se response.  
After a thorough review of the record 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and 
 grant counsels petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
HEARN, C.J., GOOLSBY, and WILLIAMS, 
 JJ., concur. 

 
 [1]   We decide this case without oral argument pursuant 
 to Rule 215, SCACR.